# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00256-CV

**In re Lonestar Soccer Club of Austin, Inc.**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Lonestar Soccer Club of Austin, Inc. and Real Party in Interest Sean Bubb
have filed a joint motion requesting that this original proceeding be dismissed. *See* Tex. R. App. P.
42.1(a)(1). We grant the motion and dismiss the petition for writ of mandamus.

_____

Diane M. Henson, Justice

Before Justices Puryear, Henson and Goodwin

Filed: May 31, 2012